IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CORA MILLER                                                                                          PLAINTIFF

v.                                             NO. 2:20-CV-00040-LPR

FAMILY DOLLAR STORES OF ARKANSAS, LLC                           DEFENDANT

### ORDER TO STAY AND COMPEL ARBITRATION

NOW pending before the Court is Family Dollar Stores of Arkansas, LLC's ("Family Dollar") motion to dismiss or, in the alternative, to stay and compel arbitration. Based on the agreement of the parties, the Court hereby GRANTS the motion, stays the proceedings in this action, and directs plaintiff to file her claim in arbitration as provided in the arbitration agreement (Doc. # 16-1). The case will be stayed pending resolution of the arbitration proceedings. The clerk will administratively terminate the case until the party's complete arbitration. The parties are to notify the Court immediately after arbitration and in the meantime are directed to file a status report on January 15, 2021 and every sixty (60) days thereafter regarding the status of the arbitration.

IT IS SO ORDERED this 29th day of September, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

Agreed:

Joseph R. Falasco (2002163)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR  72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jfalasco@qgtlaw.com

*Attorneys for Family Dollar Stores of Arkansas, LLC*

-and-

Carter Dooley (2002018)
FOR, DOOLEY, & GRIFFIN, PLLC
Post Office Box 373
Wynne, Arkansas 72396
Telephone: (870) 238-2348
Facsimile: (870) 238-9100
cdooley944@sbcglobal.net

*Attorneys for Cora Miller*